# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 583 MAL 2015

         Respondent        :

                            :   Petition for Allowance of Appeal from
                            :   the Order of the Superior Court

         v.                  :

PHILLIP WLOCZEWSKI,              :

         Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.